IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SPEIR TECHNOLOGIES LIMITED,<br><br>     Plaintiff,<br><br> v.<br><br>APPLE INC.,<br><br>     Defendant. | Case No. 6:22-CV-00077-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS FOR PLAINTIFF'S ATTORNEYS

Counsel for Plaintiff Speir Technologies Limited ("Speir") files this notice of change of counsel's firm affiliation and address.

Please take note that effective immediately, the firm affiliation and address for attorneys Brett Cooper, Seth Hasenour, and Drew Hollander has changed. All pleadings, notices, correspondence, and other documents should be addressed as follows:

**BRETT COOPER**
bcooper@b-clg.com

**SETH HASENOUR**
shasenour@b-clg.com

**DREW HOLLANDER**
dhollander@b-clg.com

**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, NY 10016
Telephone: (516) 359-9668

| | |
|---|---|
| Date: September 7, 2022 | By: /s/ Brett Cooper |
| | Brett E. Cooper (NY SBN SBN 4011011) |
| | bcooper@b-clg.com |
| | Seth Hasenour (TX SBN 24059910) |
| | shasenour@b-clg.com |
| | Drew B. Hollander (NY SBN 5378096) |
| | dhollander@b-clg.com |
| | BC LAW GROUP, P.C. |
| | 200 Madison Avenue, 24th Floor |
| | New York, NY 10016 |
| | Telephone: (516) 359-9668 |
| | |
| | *Attorneys for Plaintiff* |
| | *Speir Technologies Limited* |

# CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via email on September 7, 2022.

/s/ Brett Cooper
Brett Cooper